**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks                  Date: October 5, 2012
Court Reporter: Janet Coppock                                Time: 30 minutes
Probation Officer: Gary Kruck                                   Interpreter: Cathy Bahr

**CASE NO.  12-CR-00220-PAB**

Parties                                                                         Counsel

**UNITED STATES OF AMERICA,**                        Lilian Alves

      Plaintiff,

vs.

**JONATHAN ALEXANDER VARELA-**                 Robert Pepin
**MELENDEZ,**

      Defendant.

**SENTENCING**

**3:33 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00220-PAB
October 5, 2012

Argument by Mr. Pepin in support of Defendant's Motion for Non-Guideline Sentence (Variant Sentence) and comments addressing sentencing.

Argument by Ms. Alves in opposition and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence (Variant Sentence) (Doc #22) is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **July 27, 2012** to count **1 of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **30** months.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** No fine is imposed because the defendant does not have the ability to pay a fine.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:**  Government's Motion for Decrease for Acceptance of Responsibility (Doc #20) is **GRANTED.**

**ORDERED:**  Government's Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver (Doc #21) is **GRANTED.**

Page Three
12-CR-00220-PAB
October 5, 2012

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**4:03 p.m.     COURT IN RECESS**

**Total in court time:         30 minutes**

**Hearing concluded**